Case 1:21-po-00072-SAB   Document 11   Filed 08/18/21   Page 1 of 2

AO 245B-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **1:21PO00072-001** |
| **ADAM K GALLAND** | Defendant's Attorney: David W. Wiechert |

**THE DEFENDANT:**

[✓]   pleaded guilty to Citation   9337109   Violation Notice.
[ ]   pleaded nolo contendere to count(s) ___ , which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR § 2.10(b)(8) | Failure to Obtain Permit | 9/04/2020 | |

      The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) ___ .
[✓]   Citation   9337107   is dismissed on the motion of the United States.
[ ]   Indictment is to be dismissed by District Court on motion of the United States.
[✓]   Appeal rights given.           [ ]   Appeal rights waived.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/12/2021
Date of Imposition of Judgment

*[signature]*

Signature of Judicial Officer
**Stanley A. Boone**, United States Magistrate Judge
Name & Title of Judicial Officer
8/18/2021
Date

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Misdemeanor Probation

DEFENDANT: **ADAM K GALLAND**  
CASE NUMBER: **1:21PO00072-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to probation for a term of:  
3 months, (until 11/12/2021).

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The defendant shall pay a fine of $300.00 and a special assessment of $10.00, processing fee of $30.00 for a total financial obligation of $340.00, which shall be paid in full by 8/31/2021. Payment shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CENTRAL VIOLATIONS BUREAU  
    PO BOX 780549  
    San Antonio, TX 78278  
    1-800-827-2982

5. The defendant is ordered to appear for a Probation Review Hearing on 10/21/2021 at 10:00 am before U.S. Magistrate Judge Boone.

    A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review.